IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>MISTY DAYDREAM, et al.,<br><br>Defendants. | **FILED UNDER SEAL**<br><br><br>Civil Action No. 26-cv- 00458-MHC |

## AFFIDAVIT OF SERVICE

I, Abby M. Neu, declare as follows:

1. I am an attorney admitted to this Court and represent Plaintiff. I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows.

2. The Marketplaces effectuated the requests in the Temporary Restraining Order and provided accurate e-mail information by February 11, 2026, for each Defendant listed in Schedule A to the Complaint with the exception of the TikTok Marketplace and one domain registrar providing services for Doe #1 Misty Daydream.

3.     As authorized by this Court in its January 26, 2026, Order [Dkt. #10] Granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3), all Defendants with the exception of the TikTok Defendants were served by electronic mail to the e-mail addresses provided by the e-commerce platforms providing services for Defendants ("Marketplaces") or by sending an email to e-mail addresses provided on the Misty Daydream website.

4.     The TikTok Defendants were served by requesting that TikTok use its messaging service to serve those Defendants, which is a method reasonably calculated to provide notice of this lawsuit, in accordance with the Temporary Restraining Order.

5.     True and correct copies of the Complaint [Dkt. #1], Summonses, and Temporary Restraining Order [Dkt. #9], were served on all Defendants on February 11, 2026, including notice that the Court extended the Temporary Restraining Order and reset the hearing on Plaintiff's Motion for Preliminary Injunction to Monday, February 23, 2026, at 2:00 P.M. [Dkt. #18].

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2026 in Chicago, Illinois.

/s/ *Abby M. Neu*
Abby M. Neu