**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | |
| Plaintiff, | Civil Action No. 26-cv-458-LMM |
| v. | |
| MISTY DAYDREAM, et al., | |
| Defendants. | |

**AMENDED ANSWER TO COUNTERCLAIM**

Plaintiff/Counterclaim Defendant, Anagram International, LLC, files this Answer to Counterclaim [Doc. 32] filed by Defendant/Counterclaimant Csimyun (DOE 253) and states as follows:

**Affirmative Defense**

1.   The Counterclaim fails to state a claim upon which relief may be granted.

**Answer**

2.   Plaintiff denies each and every allegation except those expressly admitted.

3.   Plaintiff admits the existence of a justiciable controversy but denies that the controversy is as characterized by this Defendant. The issue is not whether Defendant may sell a balloon stand kit, but whether Defendant's use of Plaintiff's

trademarks and copyrighted works in connection with the advertising, marketing, or sale of that product infringes Plaintiff's rights.

4.      Plaintiff denies that by excepting this Defendant from the Preliminary Injunction Order, this Court expressly or implicitly made a ruling on the merits of Plaintiff's claims against this Defendant.

5.      Plaintiff denies that this Defendant is entitled to any of the relief it seeks in its Counterclaim.

## **Prayer for Relief**

6.      Plaintiff requests:

    a.      the Counterclaim be dismissed with prejudice;

    b.      deny all requested relief;

    c.      award Plaintiff its costs and fees; and

    d.      grant such other relief as the Court deems just and proper.

Date: March 23, 2026                Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Abby Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
telephone: (404) 663-3349
email: david@whitewoodlaw.com
email: aneu@whitewoodlaw.com

2

*Counsel for Plaintiff*