**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 26-cv- 00458-MHC |
| MISTY DAYDREAM, et al., | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| eastbead | 6 |
| psf-01 | 15 |
| roannelouty | 17 |
| changzhishilijiushangmaoyouxiangongsi | 39 |
| GSYUNZYKJ | 60 |
| LRTJ | 83 |
| MATICAN | 85 |
| MJKTF | 88 |
| MMBALLON | 89 |
| More | 90 |
| MyBestBuyDeals | 93 |
| Nanyang Guada Trade Co., LTD | 94 |
| nicedaily | 96 |
| PartyWoo Balloons | 101 |

1

| | |
|---|---|
| SIXONEAIEN | 115 |
| Zhang Sen021 | 136 |
| CunlinParty | 155 |
| Fehanq | 161 |
| FENLING | 162 |
| GIYURAN | 166 |
| GNuaLin | 169 |
| HanRuan | 172 |
| Haore | 173 |
| Helin Party | 174 |
| Huhian | 177 |
| JANLI | 179 |
| JEZIZC | 180 |
| Jnxnme | 182 |
| JUNLIR | 183 |
| KASIBA | 185 |
| KULIN | 186 |
| LINAI PARTY DECOR | 188 |
| LINWANG | 190 |
| LLMEHON | 191 |
| MEMEKe | 195 |
| MERUTG | 196 |
| Michtou | 197 |
| Qanxao Party | 198 |
| QIMENG Party | 199 |
| QINTRADE | 201 |
| QMAYE | 202 |
| Qunyan | 204 |
| SFOYUBN | 209 |
| ShShanM | 211 |
| SHZHOE | 213 |
| SONGYUE | 214 |
| SUYEHA | 215 |
| SZ | 216 |
| TANWEN | 217 |
| Weboo | 222 |
| XAYUD PARTY | 223 |

| | |
|---|---|
| XIAOYU | 225 |
| XNTANX | 227 |
| xuanyi | 229 |
| XUJANL | 230 |
| YangyoTrading | 231 |
| YILANH | 234 |
| YOUNING | 236 |
| YQUUDS | 237 |
| Yuandao | 238 |
| Yuhaner | 239 |
| Zegmnk | 241 |
| ZIDANZ | 242 |
| ZLanrb | 243 |
| ZOCNKY | 244 |
| ZUQUAN | 245 |
| ZYuLuo | 246 |
| Happy Healthy Shopping Shop | 257 |
| Happy shopping mallss | 258 |
| Healthy life shops | 259 |
| huohuo party | 261 |
| huohuo party local | 262 |
| Teespring | 273 |
| Vinsaniki | 275 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

3

Dated: April 2, 2026                    Respectfully submitted,

                                        */s/ Abby M. Neu*
                                        Abby M. Neu
                                        Georgia Bar No. 200207
                                        David M. Lilenfeld
                                        Georgia Bar No. 452399
                                        **WHITEWOOD LAW PLLC**
                                        5555 Glenridge Connector, Suite 200
                                        Atlanta, GA 30342
                                        Telephone: (872) 294-3263
                                        Email: aneu@whitewoodlaw.com

                                        *Counsel for Plaintiff*