## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

    Plaintiff,

v.

ALEXKRAS21, et al.,

    Defendants.

Case No. 1:26-cv-00458-MHC

Judge Mark H. Cohen

## DEFENDANT LOVESTOWN'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant No. 82, Lovestown (hereinafter "Lovestown" or "Defendant"), by and through its counsel, answers Plaintiff's complaint (ECF 1) as follows:

## I.    INTRODUCTION

The allegations in this paragraph constitute legal conclusions rather than factual averments, and thus Defendant is not required to answer. Without waiving the foregoing contention and reserving all such rights: to the extent a response is deemed necessary, denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## II.    JURISDICTION AND VENUE

1. The allegations in this paragraph constitute legal conclusions rather than factual averments, and thus Defendant is not required to answer. Without

waiving the foregoing contention and reserving all such rights: to the extent a response is deemed necessary, Defendant admits that the Court has federal subject matter jurisdiction over this action pursuant to the provisions of the Lanham Act and the Copyright Act, 15 U.S.C. 1051 et seq., U.S.C. § 101 *et seq.*, 28 U.S.C. § 1338(a)-(b), and 28 U.S.C. §1331., otherwise denied.

2.     The allegations in this paragraph constitute legal conclusions rather than factual averments, and thus Defendant is not required to answer. Without waiving the foregoing contention and reserving all such rights: to the extent a response is deemed necessary, Defendant states that it is not contesting venue, otherwise denied.

3.     The allegations in this paragraph constitute legal conclusions rather than factual averments, and thus Defendant is not required to answer. Without waiving the foregoing contention and reserving all such rights: to the extent a response is deemed necessary, Defendant admits to operating an internet e-commerce store, otherwise denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

### III.   <u>PARTIES</u>

4.     Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

2

5. Admitted that the Complaint contains the purported registration information for multiple copyrights. Otherwise, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that Exhibit 1 speaks for itself.

7. Admitted that the Complaint contains the purported registration information for four trademarks. Otherwise, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that Exhibit 2 speaks for itself.

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

12.    Admitted that Defendant operates an internet e-commerce store. Admitted that Defendant resides in the People's Republic of China. Otherwise denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

### IV.    FACTUAL BACKGROUND

13.    Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

14.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

15.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that Exhibit 3 used by Plaintiff speaks for itself.

16.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

17.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth

of this allegation and therefore denies it.

18.    Denied.

19.    Denied.

20.    Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

21.    Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

22.    Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

23.    Denied.

24.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

25.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that Exhibit 3 used by Plaintiff speaks for itself.

26.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

27.     Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

28.     Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

29.     Admitted that Defendant operates an internet e-commerce store, otherwise denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that the exhibit used by Plaintiff speaks for itself.

30.     Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

31.     Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

32.     Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

33.   Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

34.   Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

### Count I – Copyright Infringement
### (17 U.S.C. § 101 *et seq.*)

35.   Defendant repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

36.   Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

37.   Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that the exhibit used by Plaintiff speaks for itself.

38.   Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

39.   Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth

of this allegation and therefore denies it.

40.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

41.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

42.    Denied.

43.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

44.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## Count II - Trademark Infringement and Counterfeiting
### (15 U.S.C. § 1114)

45.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

46.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth

of this allegation and therefore denies it.

47.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

48.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

49.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

50.    Denied.

51.    Denied.

52.    Denied.

53.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## Count III – False Designation of Origin, Passing Off & Unfair Competition
### (15 U.S.C. § 1125(A)/LANHAM ACT § 43(A))

54.    Defendant repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

55.    Denied with respect to Defendant. With respect to all other parties,

9

Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

56.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

57.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

58.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

59.    Denied.

### Count IV – Federal Dilution of Trademark
### (LANHAM ACT § 43(A))

60.    Defendant repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

61.    Denied.

62.    Denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

63.    Denied.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to damages, treble or punitive, equitable relief, attorneys' fees, costs, pre-judgement interest or to any relief whatsoever arising from any claim or set of allegations set forth in the Complaint, and on that basis denies Plaintiff's Prayer for Relief in its entirety.

## GENERAL DENIAL

Defendant denies each and every allegation in the Complaint to the extent not specifically admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

Subject to the responses above, Defendant alleges and asserts the following defenses in response to the allegations in the Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below, subject to its responses above, Defendant specifically reserves all rights to allege additional affirmative defenses that become known through the course of discovery or further investigation in this action.

## FIRST DEFENSE
### (Failure to State a Trademark Claim)

Plaintiff's Complaint, and each purported cause of action alleged therein, especially those trademark related, fail to state facts sufficient to constitute a claim

11

against Defendant upon which relief can be granted.

## SECOND DEFENSE
### (No Willful Infringement)

On information and belief, all or some of Plaintiff's claims are barred, in whole or in part, because any alleged infringement by Defendant occurred innocently, and not willfully.

## THIRD DEFENSE
### (Fair Use: Copyright)

The claim for copyright infringement is barred in whole or in part on the grounds that Defendant's alleged use of Plaintiff's purported copyrights is a fair use of the work under Section 107 of the Copyright Act (17 U.S.C. § 107).

## FOURTH DEFENSE
### (Equitable Defenses)

On information and belief, all or some of Plaintiffs' claims for relief are barred, in whole or in part, by the doctrines of equitable estoppel and/or other equitable remedies.

## FIFTH DEFENSE
### (Failure to Mitigate)

The claims made in the Complaint are barred, in whole or in part, because of Plaintiffs' failure to mitigate damages, if any exist, by, without limitation, failing to act to enforce any purported rights in the asserted copyrights prior to filing the lawsuit including, without limitation, by sending notice to Defendant of Plaintiffs'

claims or initiating any dispute resolution procedures administered by the e-commerce platforms directly.

## SIXTH DEFENSE
### (Limited Damages)

The prayer for statutory damages due to copyright infringement is limited under 17 U.S.C. § 504(c)(2) on the grounds that Defendant was not aware and had no reason to believe that Defendant's alleged acts constituted an infringement of copyright.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court enter judgment in its favor and against Plaintiff, and grant the following relief:

A.  Dismissing, with prejudice, the Complaint in its entirety against Defendant;

B.  Denying all relief that Plaintiff seeks in the Complaint;

C.  Finding this case to be exceptional under 17 U.S.C. § 505 awarding Defendant's costs and attorney's fees;

D.  Awarding Defendant its costs, expenses, disbursements, and attorney's fees incurred in connection with this action; and

E.  Awarding Defendant any other relief the Court deems just and equitable.

13

Dated: April 3, 2026


Abena K. Abayomi-Rogers
GA Bar No: 315161
ICEE Law, LLC
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Tel: (470) 574-0529
Fax: (470) 574-0535
Courtcomms@iceelaw.com

Respectfully Submitted,


By: */s/ Hua Chen*
Hua Chen *(Pro Hac Vice)*
ScienBiziP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Tel: (213) 426-1771
Fax: (213) 426-1788
huachen@scienbizippc.com

*Attorneys for Defendant Lovestown*

14

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on April 3, 2026, a true and correct copy of the foregoing **DEFENDANT LOVESTOWN'S ANSWER TO PLAINTIFF'S COMPLAINT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Dated: April 3, 2026                                    */s/ Hua Chen*
                                                         Hua Chen