April 2, 2026

Clerk of Court

United States District Court

Northern District of Georgia

Atlanta Division

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 0 6 2026

KEVIN P WEIMER Clerk
By: ⟨signature⟩ Deputy Clerk

**Re: Anagram International, LLC v. ALEXKRAS21, et al.,**

**Case No. 1:26-cv-00458-MHC**

Dear Clerk:

Enclosed for filing are the following three documents submitted by Defendant Doe #81, LILI PARTY ITEMS:

1.  Answer, Affirmative Defenses
2.  Motion for Release of Frozen Funds; and
3.  Declaration of Zhiyu Ju in Support of Motion for Release of Frozen Funds.

I respectfully request that the Clerk first docket the FILE1. **Answer, Affirmative Defenses**, and then docket the FILE 2. **Motion for Release of Frozen Funds**. The FILE 3. **Declaration of Zhiyu Ju** is submitted as supporting material for the Motion for Release of Frozen Funds.

Thank you for your time and assistance.

Best regards

Zhiyu Ju

773534306@qq.com