**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

MISTY DAYDREAM, et al.,

      Defendants.

Civil Action No. 26-cv- 00458-MHC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Mistake | 87 |
| PABUES | 100 |
| Ruichi Store US | 110 |
| CHENXIXI | 152 |
| duhualishangmaospor | 282 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: May 4, 2026     Respectfully submitted,

           /s/ *Abby M. Neu*
           Abby M. Neu
           Georgia Bar No. 200207
           David M. Lilenfeld
           Georgia Bar No. 452399
           **WHITEWOOD LAW PLLC**
           5555 Glenridge Connector, Suite 200
           Atlanta, GA 30342
           Telephone: (872) 294-3263
           Email: aneu@whitewoodlaw.com

           *Counsel for Plaintiff*