# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:26-CV-458-MHC |
| ALEXKRAS21, et al., | |
| Defendants. | |

## ORDER

On April 6, 2026, Defendant Lili Party Items filed a Motion for Release of Frozen Funds [Doc. 56]. Lili Party Items was excepted from this Court's February 24, 2026, Preliminary Injunction Order [Doc. 28], and accordingly, Lili's funds should no longer be frozen. Plaintiff "agrees that Amazon should unfreeze this Defendant's funds." Pl.'s Resp. to Def.'s Mot. for Release of Frozen Funds [Doc. 60] at 1. The Court has not received an update on whether these funds have been unfrozen.

For the foregoing reasons, it is hereby **ORDERED** that Plaintiff Anagram International LLC shall file on the docket no later than Friday, May 8, 2026, a written update regarding the status of these funds.

**IT IS SO ORDERED** this 6th day of May, 2026.

MARK H. COHEN
United States District Judge

2