**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

MISTY DAYDREAM, et al.,

      Defendants.

Civil Action No. 26-cv-458-MHC

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

On May 6, the Court required that Plaintiff provide an update regarding whether Lili Party Items' [DOE 81] funds have been unfrozen by Amazon. (Doc. 71). Based on all information available to Plaintiff, the funds have been released. Plaintiff's understanding is based on the attached email confirmation from Amazon dated April 17, as well as the fact that Lili Party Items has not contacted Plaintiff seeking additional assistance regarding release of the funds. Unfortunately, Plaintiff does not have the ability to independently confirm whether any Defendant has actually received the released funds.

Date: May 8, 2026

Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Abby Neu
Georgia Bar No. 200207

**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

 Gmail

Ryan Baker <rbaker@whitewoodlaw.com>

# Anagram International, LLC vs. The Individuals, Corporations, et al., 26-cv-458 (N.D. GA)

**TRO Notices** <tro-notices@amazon.com>                                     Fri, Apr 17, 2026 at 7:54 AM
To: Ryan Baker <rbaker@whitewoodlaw.com>
Cc: Whitewood Law Settlement <settlement@whitewoodlaw.com>, Shengmao Mu <smu@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>, David Lilenfeld <david@whitewoodlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>, Maria Perez <maria@whitewoodlaw.com>

Hi Ryan,

This request to release the seller(s) referenced on the NOD is in process as it relates to this TRO. They will be notified directly of the release within 24-48 hours, provided they have no additional unrelated legal holds.

Please note that Amazon does not automatically reinstate any ASINs with the requests to release sellers' accounts. We require RO counsel to advise and identify the same when ASINs are to be reinstated.  If ASINs are to be reinstated as it relates to this matter, please let us know.

Thank you,



Legal Operations

E:▮▮▮▮▮@amazon.com

Time Zone: India

 amazon

---

**From:** Ryan Baker <rbaker@whitewoodlaw.com>
**Sent:** Thursday, April 16, 2026 9:53 PM
**To:** ▮▮▮▮▮▮▮▮▮@amazon.com>; TRO Notices <tro-notices@amazon.com>
**Cc:** Whitewood Law Settlement <settlement@whitewoodlaw.com>; Shengmao Mu <smu@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; David Lilenfeld <david@whitewoodlaw.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Maria Perez <maria@whitewoodlaw.com>
**Subject:** Re: Anagram International, LLC vs. The Individuals, Corporations, et al., 26-cv-458 (N.D. GA)

Hello ▮▮▮▮,

5/8/26, 10:52 AM

Case 1:26-cv-00458-MHC    Document 72    Filed 05/08/26    Page 4 of 4

Personal Mail - Amazcam International, LLC vs. The Individuals, Corporations, et al 1:26-cv-0084 (N.D. GA)

The defendant below was listed as excepted from the Preliminary Injunction Order/Schedule A sent to Amazon on 2/26/26. We believe the account may still be restrained, and would like to confirm its release. I have attached the Order for your convenience. Please let me know if you have any questions.

| DOE # | Seller Name | Amazon Seller ID |
|---|---|---|
| 81 | LILI PARTY ITEMS | A2FEF17GD7CFCC |

Thank you,

Ryan Baker  | Paralegal

Whitewood Law PLLC

57 West 57th Street

3rd and 4th Floors
Manhattan, NY 10019

Tel: (872) 294-3374
Fax: (917) 591-0618

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.