**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ANAGRAM INTERNATIONAL,
LLC,

  **Plaintiff,**

  **v.**

ALEXKRAS21, et al.,

  **Defendants.**

CIVIL ACTION FILE

NO. 1:26-CV-458-MHC

## <u>ORDER</u>

Defendant Lili Party Items was excepted from this Court's February 24, 2026, Preliminary Injunction Order [Doc. 28], and accordingly, Lili Party Items's funds should no longer be frozen. On May 6, 2026, this Court entered an Order [Doc. 71] ordering Plaintiff Anagram International, LLC, to file a written status update regarding whether Lili Party Items's funds had been unfrozen. On May 8, 2026, Plaintiff filed a response in which it represents that "Based on all information available to Plaintiff, the funds have been released. Plaintiff's understanding is based on the attached email confirmation from Amazon dated April 17, as well as the fact that Lili Party Items has not contacted Plaintiff seeking additional assistance regarding release of the funds." Pl.'s Resp. [Doc. 72] at 1.

For the foregoing reasons, it is hereby **ORDERED** that Defendant Lili Party Items's Motion for Release of Frozen Funds [Doc. 56] is **DENIED WITHOUT PREJUDICE AS MOOT**.

**IT IS SO ORDERED** this 8th day of May, 2026.

_____
MARK H. COHEN
United States District Judge

2