**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**ANAGRAM INTERNATIONAL, LLC,**

**Plaintiff,**

**v.**

**ALEXKRAS21, et al.,**

**Defendants.**

**CIVIL ACTION FILE**
**NO. 26-CV-00458-MHC**

# DEFAULT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFAULTING DEFENDANTS

This matter comes before the Court upon Motion by Plaintiff Anagram International, LLC ("Plaintiff") for entry of a default judgment and permanent injunction against the Defendants identified in Schedule A[1] appended hereto (hereinafter referred to as "Defaulting Defendants") for Defaulting Defendants' trademark and copyright infringement arising out of Defaulting Defendants' use of Plaintiff's federally registered trademarks and copyrights (collectively, "Plaintiff's IP") in a willful attempt to pass off their goods as genuine versions of Plaintiff's goods (collectively, the "Infringing Products") in their manufacturing, importing,

[1] Defendants previously dismissed are listed as "**DISMISSED**" in Schedule A.

exporting, advertising, marketing, promoting, distributing, displaying, offering for sale or selling of Infringing Products.

Plaintiff's IP consists of the eighty-one copyright registrations listed in Exhibit 1 to the Complaint (the "Anagram Works") and the four trademark registrations listed in Exhibit 2 to the Complaint (the "Anagram Trademarks"). The Anagram Works and Anagram Trademarks are collectively referred to as the "Plaintiff's IP" herein.

Having considered Plaintiff's Motion for Default Judgment and Permanent Injunction, the Affidavit of Service (Doc. 19), the Clerk's Entry of Default (Mar. 19, 2026), and all other pleadings and papers on file in this Action, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment and Permanent Injunction [Doc. 93] is **GRANTED IN PART** as follows:

## I. Defaulting Defendants' Liability

Judgment is granted in favor of Plaintiff on all claims asserted against Defaulting Defendants listed in Schedule A appended to this Order.

On default, the well-pleaded factual allegations of the Complaint are deemed admitted. Based on the record, Plaintiff has established that it owns valid trademarks and valid copyrights in the works identified in the Complaint and that Defaulting Defendants copied protectable elements of those works by reproducing, distributing, and selling infringing goods through online storefronts.

Plaintiff has further shown that Defaulting Defendants' infringement was willful, executed through concealment of identity, use of aliases, and operation of online stores marketing goods that are identical or substantially similar to Plaintiff's registered designs. Accordingly, Defaulting Defendants are liable for willful trademark and copyright infringement under 15 U.S.C. §§ 1114, 1125(a), 1125(c) and 17 U.S.C. § 501.

## II. Damage Awards

This Court finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. § 504(c)) and willful trademark infringement (15 U.S.C. § 1117). Pursuant to 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages in the amount of Five Thousand Dollars ($5,000.00) against each copyright Defaulting Defendant (as designated in Schedule B) for willful infringement of the Anagram Works. No copyright award is made to any trademark Defaulting Defendant. Further, pursuant to 15 U.S.C. § 1117(c), Plaintiff is awarded statutory damages in the amount of One Hundred Thousand Dollars ($10,000.00) against each trademark Defaulting Defendant (as designated in Schedule B) for willful use of counterfeit versions of the Anagram Trademarks on Infringing Products sold by that Defendant. No trademark award is made to any copyright Defaulting Defendant. The damages assessed against each Defaulting Defendant are presented

in Schedule B appended to this Order. As designated in Schedule B, 134 Defaulting Defendants are copyright defendants, and 8 Defaulting Defendants are trademark defendants (Does #29, #64, #109, and #140–#144). No Defaulting Defendant is designated under both trademark and copyright. The stated damages awards shall apply to each distinct Defaulting Defendant only once, even if such Defaulting Defendant is listed under multiple aliases in the Complaint and Schedule A.

## III. Permanent Injunction

**IT IS HEREBY ORDERED** that each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Default Judgment Order shall be permanently restrained and enjoined from:

a. using Plaintiff's IP in any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine product of the Plaintiff or not authorized by Plaintiff to be sold;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product of the Plaintiff or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks or exploit any of Plaintiff's copyright-protected works, including Plaintiff's IP, or any reproductions, infringing copies, or colorable imitations thereof.

**IT IS FURTHER ORDERED** that Defaulting Defendants shall, within thirty (30) days following service of this Order, destroy all Infringing Products and any other articles in Defaulting Defendants' possession, custody, or control that bear or use Plaintiff's IP, pursuant to 17 U.S.C. § 503(b) and 15 U.S.C. § 1118.

**IT IS FURTHER ORDERED** that online marketplace platforms such as eBay, Inc. ("eBay"), Amazon.com, Inc. ("Amazon"), AliExpress, Alibaba Group Holding Ltd., and Alibaba.com Singapore E-Commerce Private Limited (collectively, the "Alibaba Entities"), WhaleCo Inc. ("Temu"), ByteDance Ltd.,

TikTok Ltd., TikTok Inc., and TikTok LLC (collectively, "TikTok") and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") and any other financial institutions providing services for Defaulting Defendants shall be permanently restrained and enjoined from engaging in any of the following acts or omissions:

e. Providing services to Defaulting Defendants, Defaulting Defendants' financial accounts and Defaulting Defendants' merchant storefronts to the extent such services involve (a) continued operation of Defaulting Defendants' financial accounts and merchant storefronts which support the distribution, marketing, advertising, offering for sale, or sale of any product that bears, uses, or exploits Plaintiff's IP or is otherwise an Infringing Product; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which use Plaintiff's trademarks or copyrights including Plaintiff's IP.

**IT IS FURTHER ORDERED** that, in accordance with Rule 64 of the Federal Rules of Civil Procedure, 17 U.S.C. § 502(a), and this Court's inherent equitable powers to issue remedies ancillary to its authority to grant final relief, any funds previously restrained by the Third-Party Providers or other financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates pursuant

to the pursuant to the Temporary Restraining Order [Doc. 9] and Preliminary Injunctions [Docs. 28, 29] in this action are to be immediately (within 5 business days) transferred to Plaintiff in full or partial satisfaction of the monetary judgment entered herein. Any such Third Party Provider or other financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates retaining such funds shall provide to Plaintiff at the time the funds are released, a breakdown reflecting: (i) the total funds restrained identifying the financial account(s) and sub-account(s) which the restrained funds are related to in this matter per Defaulting Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from the funds restrained prior to release; and (iii) total funds released to Plaintiff.

**IT IS FURTHER ORDERED** that upon the transfer of the full Damages Amount ascribed to the Defendant on the attached Schedules A and B to Plaintiff, the Third Party Providers, or other financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates, shall remove any restraints that were placed on Defendants' e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [Doc. 9] and Preliminary Injunctions [Docs. 28, 29]. If any Defaulting Defendant's currently frozen assets are insufficient to fully satisfy the judgment herein, the Third Party Providers or other financial

institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates shall transfer the frozen funds to Plaintiff in partial satisfaction of the judgment and then remove any restraints that were placed on Defendants' e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [Doc. 9] and Preliminary Injunctions [Docs. 28, 29].

## IV. Miscellaneous Relief

A. Upon Plaintiff's request, the Third-Party Provider(s) shall disable and/or cease facilitating access to the Seller Aliases, including tombstoning, deleting, and/or suspending identified ASINs, and any other alias seller identification names being used to offer for sale and/or sell Infringing Products;

B. Upon the Plaintiff's request, any online marketplace platform, website operator and/or administrator who is in possession, custody, or control of the Defaulting Defendants' Infringing Products, including but not limited to eBay, Amazon, AliExpress, Walmart, Temu, and TikTok shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiff;

C. Any failure by Defaulting Defendants to comply with the terms of this Default Judgment Order may subject Defaulting Defendants to contempt

proceedings and contempt remedies to be determined by the Court, including fines and seizure of property;

D. The $10,000 bond posted pursuant to Doc. 14 is hereby exonerated as to the Defaulting Defendants.

E. Interest from the date this Judgment is entered shall accrue at the legal rate pursuant to 28 U.S.C. § 1961;

F. Attorneys' fees and costs, if any, are reserved for determination on motion as permitted by 17 U.S.C. § 505 and 15 U.S.C. § 1117(a)–(b), in accordance with the Local Rules and any schedule set by the Court; no fee amount is awarded by this Order.

G. Plaintiff shall serve the Defaulting Defendants with this Order in accordance with the Alternative Service Order (Doc. 10); and

H. This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Judgment and permanent injunction.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 29th day of October, 2026.

Mark H. Cohen

**MARK H. COHEN**
**United States District Judge**

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | DISMISSED | DISMISSED | DISMISSED |
| 2 | alexkras21 | eBay | alexanderkr |
| 3 | anmas_travel | eBay | anmas_travel |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED | DISMISSED |
| 7 | elon_1421 | eBay | elon_1421 |
| 8 | hamigua001 | eBay | hamigua001 |
| 9 | hgpr_21 | eBay | hgpr21 |
| 10 | DISMISSED | DISMISSED | DISMISSED |
| 11 | jacobli2006 | eBay | jacobli2006 |
| 12 | jian-char | eBay | jianchar |
| 13 | kaharv-0 | eBay | kaharv0 |
| 14 | partydecor | eBay | scrapbookstickersdropshipping |
| 15 | DISMISSED | DISMISSED | DISMISSED |
| 16 | DISMISSED | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED | DISMISSED |
| 18 | shopy001 | eBay | shopy001 |
| 19 | spring2020988 | eBay | spring2020988 |
| 20 | tangqingqing666 | eBay | qq3cstore |
| 21 | thepartymail | eBay | thepartymail |
| 22 | trendings4u | eBay | trendings4u |
| 23 | wedgwooay | eBay | wedgwooay |
| 24 | xmall2012 | eBay | xmall2012 |
| 25 | zhanbianss_7 | eBay | zhanbianss7 |
| 26 | zoustores | eBay | zoustores |
| 27 | DISMISSED | DISMISSED | DISMISSED |
| 28 | amit kumar hub | Amazon | A91HBNQB40KTO |
| 29 | Ammmy | Amazon | A1T98L5E5A0SRY |
| 30 | DISMISSED | DISMISSED | DISMISSED |
| 31 | BENOSPACE | Amazon | ACVV0PGIDHTVX |
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED | DISMISSED |
| 34 | BTRRGU& | Amazon | A3ERR9XOMHF1E1 |
| 35 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 36 | DISMISSED | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED | DISMISSED |
| 38 | DISMISSED | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED | DISMISSED |
| 41 | CostOrna | Amazon | A2ZYHFDGSPN7QS |
| 42 | CQlemon store | Amazon | A3OA5ZIY254MT2 |
| 43 | DISMISSED | DISMISSED | DISMISSED |
| 44 | Diy super star | Amazon | A9BT2972LUOLQ |
| 45 | E-fyinboards | Amazon | A2VSWNWBE74TMV |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | Easy mama | Amazon | A1XQPJNPEMJ389 |
| 48 | Easypartyi | Amazon | A3KD0HP023M85M |
| 49 | EleanorDecor | Amazon | AHTI2CS7W0JKQ |
| 50 | Eyoiioy | Amazon | A1DPMS0VMNOQOZ |
| 51 | DISMISSED | DISMISSED | DISMISSED |
| 52 | DISMISSED | DISMISSED | DISMISSED |
| 53 | DISMISSED | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | DISMISSED | DISMISSED | DISMISSED |
| 56 | DISMISSED | DISMISSED | DISMISSED |
| 57 | DISMISSED | DISMISSED | DISMISSED |
| 58 | Girl | Amazon | A21U5UZTZ2CZ03 |
| 59 | GRANDDAUGHTER | Amazon | A25XBHFCPKEKFN |
| 60 | DISMISSED | DISMISSED | DISMISSED |
| 61 | DISMISSED | DISMISSED | DISMISSED |
| 62 | Guangzhou Luohehe Cultural and Creative Co., Ltd. | Amazon | A1PLIBTE5Z57PD |
| 63 | DISMISSED | DISMISSED | DISMISSED |
| 64 | Haikoushihuiyiyuanmaoyizhongxin(gerenduzi) | Amazon | A3BTY9A4JSV0XU |
| 65 | DISMISSED | DISMISSED | DISMISSED |
| 66 | DISMISSED | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED | DISMISSED |
| 69 | HZ- shop | Amazon | A3AQAA98778W6M |
| 70 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 71 | DISMISSED | DISMISSED | DISMISSED |
| 72 | Jiahe Department Store | Amazon | A3IQZLCQOL7P6T |
| 73 | DISMISSED | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED | DISMISSED |
| 75 | Kecheng Store | Amazon | AHCJADR22TQ57 |
| 76 | DISMISSED | DISMISSED | DISMISSED |
| 77 | KHALID CENTER | Amazon | A1XOQK1PGI3DQ2 |
| 78 | Kong Zhuo Company | Amazon | A2DIG9YAG78F5C |
| 79 | koushaoxin | Amazon | A83HSOXQL31DQ |
| 80 | LAZYDADYS | Amazon | AGV09UG1IVD7E |
| 81 | DISMISSED | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED | DISMISSED |
| 83 | DISMISSED | DISMISSED | DISMISSED |
| 84 | DISMISSED | DISMISSED | DISMISSED |
| 85 | DISMISSED | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED | DISMISSED |
| 88 | DISMISSED | DISMISSED | DISMISSED |
| 89 | DISMISSED | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED | DISMISSED |
| 92 | DISMISSED | DISMISSED | DISMISSED |
| 93 | DISMISSED | DISMISSED | DISMISSED |
| 94 | DISMISSED | DISMISSED | DISMISSED |
| 95 | nanyangyushiwujinyouxiangongsi | Amazon | A1QJWDA7Y1FGJN |
| 96 | DISMISSED | DISMISSED | DISMISSED |
| 97 | DISMISSED | DISMISSED | DISMISSED |
| 98 | DISMISSED | DISMISSED | DISMISSED |
| 99 | ONLYONEE | Amazon | A3H79W3FU31MUE |
| 100 | DISMISSED | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED | DISMISSED |
| 102 | DISMISSED | DISMISSED | DISMISSED |
| 103 | PlethorOm Exporters | Amazon | AJWZVNOI4WQ1R |
| 104 | Ploszoze | Amazon | AL5OMMXG3FS0L |
| 105 | PrimeToYou | Amazon | A3TFW2KE2SNTN2 |
| 106 | Pumi-geous | Amazon | A2VMSXC1X3FTUR |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 107 | DISMISSED | DISMISSED | DISMISSED |
| 108 | DISMISSED | DISMISSED | DISMISSED |
| 109 | rubberneckers | Amazon | A3D6O1SIV5WD73 |
| 110 | DISMISSED | DISMISSED | DISMISSED |
| 111 | DISMISSED | DISMISSED | DISMISSED |
| 112 | DISMISSED | DISMISSED | DISMISSED |
| 113 | shengkoi | Amazon | AWE4ROUUW4VRR |
| 114 | Shivam HK Store | Amazon | A1XVHJJNJN3R4L |
| 115 | DISMISSED | DISMISSED | DISMISSED |
| 116 | SQUID PUZZLE | Amazon | A3TWCVAXM0W2IJ |
| 117 | SunOceanbreeze | Amazon | A21FBVN9TWJDB7 |
| 118 | DISMISSED | DISMISSED | DISMISSED |
| 119 | DISMISSED | DISMISSED | DISMISSED |
| 120 | Verma Vibe | Amazon | A2508I010Q5JBY |
| 121 | Vivian & Tommy LLC. | Amazon | A1ETN84C584M8C |
| 122 | DISMISSED | DISMISSED | DISMISSED |
| 123 | DISMISSED | DISMISSED | DISMISSED |
| 124 | DISMISSED | DISMISSED | DISMISSED |
| 125 | Xi'an Doulaimilai Trading Co., Ltd. | Amazon | APD2N1GMOBE1C |
| 126 | XiaoYsss | Amazon | ABU6VZVA92G54 |
| 127 | DISMISSED | DISMISSED | DISMISSED |
| 128 | DISMISSED | DISMISSED | DISMISSED |
| 129 | YeJianRuiSTORE | Amazon | A15TLTWWSYEUNB |
| 130 | DISMISSED | DISMISSED | DISMISSED |
| 131 | Yicheng New Times | Amazon | A17HZSDA1REKK1 |
| 132 | Yiwu Zhian Trading Co., Ltd. | Amazon | A3907WVEKQ1JDE |
| 133 | DISMISSED | DISMISSED | DISMISSED |
| 134 | YLevoled Direct | Amazon | A3HXZ4RBV2EPDE |
| 135 | DISMISSED | DISMISSED | DISMISSED |
| 136 | DISMISSED | DISMISSED | DISMISSED |
| 137 | Zhihui Food Safety Technology Co., Ltd. | Amazon | AKEER5IYS2IGV |
| 138 | DISMISSED | DISMISSED | DISMISSED |
| 139 | DISMISSED | DISMISSED | DISMISSED |
| 140 | CCC Intelligen telectronic Store | AliExpress | 1101326529 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 141 | Exquisite Kitchen Store | AliExpress | 1101596787 |
| 142 | Jullie Life Store | AliExpress | 1101733379 |
| 143 | Let`s Go For Moun | AliExpress | 1101210290 |
| 144 | YD Keep Store | AliExpress | 1101390700 |
| 145 | A happy day | Walmart | 102757898 |
| 146 | DISMISSED | DISMISSED | DISMISSED |
| 147 | BBTS | Walmart | 102928738 |
| 148 | BBTS NEO | Walmart | 102854362 |
| 149 | Bigbliss | Walmart | 102615383 |
| 150 | BoldVista | Walmart | 102670893 |
| 151 | CalmVibe | Walmart | 102670650 |
| 152 | DISMISSED | DISMISSED | DISMISSED |
| 153 | CKCY | Walmart | 102960243 |
| 154 | DISMISSED | DISMISSED | DISMISSED |
| 155 | DISMISSED | DISMISSED | DISMISSED |
| 156 | Deacyom | Walmart | 102481511 |
| 157 | DONGLEIWANG | Walmart | 102833264 |
| 158 | DISMISSED | DISMISSED | DISMISSED |
| 159 | DXGong | Walmart | 102727267 |
| 160 | Elara Jewels | Walmart | 102657429 |
| 161 | DISMISSED | DISMISSED | DISMISSED |
| 162 | DISMISSED | DISMISSED | DISMISSED |
| 163 | FitWild | Walmart | 102798866 |
| 164 | DISMISSED | DISMISSED | DISMISSED |
| 165 | FRAME STORE | Walmart | 102900067 |
| 166 | DISMISSED | DISMISSED | DISMISSED |
| 167 | DISMISSED | DISMISSED | DISMISSED |
| 168 | Gleam Store | Walmart | 102815270 |
| 169 | DISMISSED | DISMISSED | DISMISSED |
| 170 | DISMISSED | DISMISSED | DISMISSED |
| 171 | GRIND STORE | Walmart | 102884652 |
| 172 | DISMISSED | DISMISSED | DISMISSED |
| 173 | DISMISSED | DISMISSED | DISMISSED |
| 174 | DISMISSED | DISMISSED | DISMISSED |
| 175 | hengyangdazhuo | Walmart | 102879556 |
| 176 | Hk Balloons | Walmart | 102542681 |
| 177 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 178 | HYNCOO | Walmart | 102514652 |
| 179 | DISMISSED | DISMISSED | DISMISSED |
| 180 | DISMISSED | DISMISSED | DISMISSED |
| 181 | DISMISSED | DISMISSED | DISMISSED |
| 182 | DISMISSED | DISMISSED | DISMISSED |
| 183 | DISMISSED | DISMISSED | DISMISSED |
| 184 | DISMISSED | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED | DISMISSED |
| 186 | DISMISSED | DISMISSED | DISMISSED |
| 187 | DISMISSED | DISMISSED | DISMISSED |
| 188 | DISMISSED | DISMISSED | DISMISSED |
| 189 | Linda's Boutique | Walmart | 102546289 |
| 190 | DISMISSED | DISMISSED | DISMISSED |
| 191 | DISMISSED | DISMISSED | DISMISSED |
| 192 | LoneRise | Walmart | 102757607 |
| 193 | Maruti Enterprise | Walmart | 102634015 |
| 194 | mei zhou shi jin jie | Walmart | 102513788 |
| 195 | DISMISSED | DISMISSED | DISMISSED |
| 196 | DISMISSED | DISMISSED | DISMISSED |
| 197 | DISMISSED | DISMISSED | DISMISSED |
| 198 | DISMISSED | DISMISSED | DISMISSED |
| 199 | DISMISSED | DISMISSED | DISMISSED |
| 200 | Qingfang | Walmart | 102515211 |
| 201 | DISMISSED | DISMISSED | DISMISSED |
| 202 | DISMISSED | DISMISSED | DISMISSED |
| 203 | Qnybnu | Walmart | 102760644 |
| 204 | DISMISSED | DISMISSED | DISMISSED |
| 205 | Rilyn Jewels | Walmart | 102676169 |
| 206 | RK ENGINEERS | Walmart | 102924459 |
| 207 | DISMISSED | DISMISSED | DISMISSED |
| 208 | Sepela | Walmart | 101269169 |
| 209 | DISMISSED | DISMISSED | DISMISSED |
| 210 | Shenzhen Paddington Supplier Chain Co.,Ltd. | Walmart | 102579312 |
| 211 | DISMISSED | DISMISSED | DISMISSED |
| 212 | shudie | Walmart | 102759517 |
| 213 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 214 | DISMISSED | DISMISSED | DISMISSED |
| 215 | DISMISSED | DISMISSED | DISMISSED |
| 216 | DISMISSED | DISMISSED | DISMISSED |
| 217 | DISMISSED | DISMISSED | DISMISSED |
| 218 | TIDIXI | Walmart | 102891873 |
| 219 | tongyashop | Walmart | 102846618 |
| 220 | tssuoun | Walmart | 101136203 |
| 221 | Volkswagen Co.Ltd | Walmart | 101262064 |
| 222 | DISMISSED | DISMISSED | DISMISSED |
| 223 | DISMISSED | DISMISSED | DISMISSED |
| 224 | XianYouJiFanXi | Walmart | 102739550 |
| 225 | DISMISSED | DISMISSED | DISMISSED |
| 226 | xiyaomaoyi | Walmart | 102912037 |
| 227 | DISMISSED | DISMISSED | DISMISSED |
| 228 | Xoyicua | Walmart | 102481437 |
| 229 | DISMISSED | DISMISSED | DISMISSED |
| 230 | XUJANL | Walmart | 102761466 |
| 231 | DISMISSED | DISMISSED | DISMISSED |
| 232 | YAREE | Walmart | 102745830 |
| 233 | DISMISSED | DISMISSED | DISMISSED |
| 234 | DISMISSED | DISMISSED | DISMISSED |
| 235 | yingfeng | Walmart | 101649276 |
| 236 | DISMISSED | DISMISSED | DISMISSED |
| 237 | DISMISSED | DISMISSED | DISMISSED |
| 238 | DISMISSED | DISMISSED | DISMISSED |
| 239 | DISMISSED | DISMISSED | DISMISSED |
| 240 | Yuqiparty | Walmart | 102506576 |
| 241 | Zegmnk | Walmart | 102753942 |
| 242 | DISMISSED | DISMISSED | DISMISSED |
| 243 | DISMISSED | DISMISSED | DISMISSED |
| 244 | DISMISSED | DISMISSED | DISMISSED |
| 245 | DISMISSED | DISMISSED | DISMISSED |
| 246 | DISMISSED | DISMISSED | DISMISSED |
| 247 | DISMISSED | DISMISSED | DISMISSED |
| 248 | Amethyst Geode | Temu | 634418216067294 |
| 249 | Audre | Temu | 4989830558759 |
| 250 | Bikibiha party | Temu | 634418219810339 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 251 | BloomyBalloon | Temu | 634418227062408 |
| 252 | circles | Temu | 634418210786584 |
| 253 | DISMISSED | DISMISSED | DISMISSED |
| 254 | Decoration Shops | Temu | 634418220858847 |
| 255 | Fashion Party one | Temu | 634418224695639 |
| 256 | DISMISSED | DISMISSED | DISMISSED |
| 257 | DISMISSED | DISMISSED | DISMISSED |
| 258 | DISMISSED | DISMISSED | DISMISSED |
| 259 | DISMISSED | DISMISSED | DISMISSED |
| 260 | HONGCHAPAI | Temu | 634418226643911 |
| 261 | DISMISSED | DISMISSED | DISMISSED |
| 262 | DISMISSED | DISMISSED | DISMISSED |
| 263 | Jed Party | Temu | 634418212136845 |
| 264 | jingjing party | Temu | 634418218390741 |
| 265 | KISUGBT | Temu | 634418223099253 |
| 266 | linzhengjinjinj | Temu | 634418227382758 |
| 267 | panshengfeng | Temu | 634418226973273 |
| 268 | Romantic Globo | Temu | 634418224222038 |
| 269 | RX Party Decors | Temu | 634418224673878 |
| 270 | SCK BALLOONS | Temu | 634418222745633 |
| 271 | SHANGKANGKK | Temu | 634418227114367 |
| 272 | TEEOLOGY | Temu | 634418222625832 |
| 273 | DISMISSED | DISMISSED | DISMISSED |
| 274 | Tt Magic Mart | Temu | 634418219628376 |
| 275 | DISMISSED | DISMISSED | DISMISSED |
| 276 | XIEXIEAB | Temu | 634418227114131 |
| 277 | DISMISSED | DISMISSED | DISMISSED |
| 278 | YUOHJ | Temu | 634418222545743 |
| 279 | YUUISMILE DANCE | Temu | 634418225917537 |
| 280 | Anna Shop | TikTok | anna-shop |
| 281 | Chic Finds Designs | TikTok | chic-finds-designs |
| 282 | DISMISSED | DISMISSED | DISMISSED |
| 283 | HomeNestie | TikTok | homenestie |
| 284 | mantianfeiyuwju-shop | TikTok | mantianfeiyuwju-shop |
| 285 | DISMISSED | DISMISSED | DISMISSED |
| 286 | qiuxiashop | TikTok | qiuxiashop |
| 287 | SimpleStuff Living | TikTok | simplestuff-living |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 288 | Stronghold Tools Pro | TikTok | stronghold-tools-pro |
| 289 | TUMING66 SHOP | TikTok | tuming66-shop |
| 290 | VastPartyDream | TikTok | vastpartydream |
| 291 | Wenai-shop | TikTok | wenai-shop |
| 292 | WWELL524Ds | TikTok | wwell524ds |
| 293 | XACYSHJ | TikTok | xacyshj |
| 294 | zhuweiliang-shop | TikTok | zhuweiliang-shop |

**Schedule B**

| Doe No. | Seller Alias | Cause of Action | Default Damages Award |
|---|---|---|---|
| 2 | alexkras21 | Copyright | $5,000 |
| 3 | anmas_travel | Copyright | $5,000 |
| 7 | elon_1421 | Copyright | $5,000 |
| 8 | hamigua001 | Copyright | $5,000 |
| 9 | hgpr_21 | Copyright | $5,000 |
| 11 | jacobli2006 | Copyright | $5,000 |
| 12 | jian-char | Copyright | $5,000 |
| 13 | kaharv-0 | Copyright | $5,000 |
| 14 | partydecor | Copyright | $5,000 |
| 18 | shopy001 | Copyright | $5,000 |
| 19 | spring2020988 | Copyright | $5,000 |
| 20 | tangqingqing666 | Copyright | $5,000 |
| 21 | thepartymail | Copyright | $5,000 |
| 22 | trendings4u | Copyright | $5,000 |
| 23 | wedgwooay | Copyright | $5,000 |
| 24 | xmall2012 | Copyright | $5,000 |
| 25 | zhanbianss_7 | Copyright | $5,000 |
| 26 | zoustores | Copyright | $5,000 |
| 28 | amit kumar hub | Copyright | $5,000 |
| 29 | Ammmy | Trademark | $10,000 |
| 31 | BENOSPACE | Copyright | $5,000 |
| 34 | BTRRGU& | Copyright | $5,000 |
| 41 | CostOrna | Copyright | $5,000 |

| Doe No. | Seller Alias | Cause of Action | Default Damages Award |
|---|---|---|---|
| 42 | CQlemon store | Copyright | $5,000 |
| 44 | Diy super star | Copyright | $5,000 |
| 45 | E-fyinboards | Copyright | $5,000 |
| 47 | Easy mama | Copyright | $5,000 |
| 48 | Easypartyi | Copyright | $5,000 |
| 49 | EleanorDecor | Copyright | $5,000 |
| 50 | Eyoiioy | Copyright | $5,000 |
| 58 | Girl | Copyright | $5,000 |
| 59 | GRANDDAUGHTER | Copyright | $5,000 |
| 62 | Guangzhou Luohehe Cultural and Creative Co., Ltd. | Copyright | $5,000 |
| 64 | Haikoushihuiyiyuanmaoyizhong xin(gerenduzi) | Trademark | $10,000 |
| 69 | HZ- shop | Copyright | $5,000 |
| 72 | Jiahe Department Store | Copyright | $5,000 |
| 75 | Kecheng Store | Copyright | $5,000 |
| 77 | KHALID CENTER | Copyright | $5,000 |
| 78 | Kong Zhuo Company | Copyright | $5,000 |
| 79 | koushaoxin | Copyright | $5,000 |
| 80 | LAZYDADYS | Copyright | $5,000 |
| 95 | nanyangyushiwujinyouxiangong si | Copyright | $5,000 |
| 99 | ONLYONEE | Copyright | $5,000 |
| 103 | PlethorOm Exporters | Copyright | $5,000 |
| 104 | Ploszoze | Copyright | $5,000 |
| 105 | PrimeToYou | Copyright | $5,000 |
| 106 | Pumi-geous | Copyright | $5,000 |
| 109 | rubberneckers | Trademark | $10,000 |
| 113 | shengkoi | Copyright | $5,000 |
| 114 | Shivam HK Store | Copyright | $5,000 |
| 116 | SQUID PUZZLE | Copyright | $5,000 |
| 117 | SunOceanbreeze | Copyright | $5,000 |
| 120 | Verma Vibe | Copyright | $5,000 |
| 121 | Vivian & Tommy LLC. | Copyright | $5,000 |
| 125 | Xi'an Doulaimilai Trading Co., Ltd. | Copyright | $5,000 |
| 126 | XiaoYsss | Copyright | $5,000 |

| Doe No. | Seller Alias | Cause of Action | Default Damages Award |
|---|---|---|---|
| 129 | YeJianRuiSTORE | Copyright | $5,000 |
| 131 | Yicheng New Times | Copyright | $5,000 |
| 132 | Yiwu Zhian Trading Co., Ltd. | Copyright | $5,000 |
| 134 | YLevoled Direct | Copyright | $5,000 |
| 137 | Zhihui Food Safety Technology Co., Ltd. | Copyright | $5,000 |
| 140 | CCC Intelligen telectronic Store | Trademark | $10,000 |
| 141 | Exquisite Kitchen Store | Trademark | $10,000 |
| 142 | Jullie Life Store | Trademark | $10,000 |
| 143 | Let`s Go For Moun | Trademark | $10,000 |
| 144 | YD Keep Store | Trademark | $10,000 |
| 145 | A happy day | Copyright | $5,000 |
| 147 | BBTS | Copyright | $5,000 |
| 148 | BBTS NEO | Copyright | $5,000 |
| 149 | Bigbliss | Copyright | $5,000 |
| 150 | BoldVista | Copyright | $5,000 |
| 151 | CalmVibe | Copyright | $5,000 |
| 153 | CKCY | Copyright | $5,000 |
| 156 | Deacyom | Copyright | $5,000 |
| 157 | DONGLEIWANG | Copyright | $5,000 |
| 159 | DXGong | Copyright | $5,000 |
| 160 | Elara Jewels | Copyright | $5,000 |
| 163 | FitWild | Copyright | $5,000 |
| 165 | FRAME STORE | Copyright | $5,000 |
| 168 | Gleam Store | Copyright | $5,000 |
| 171 | GRIND STORE | Copyright | $5,000 |
| 175 | hengyangdazhuo | Copyright | $5,000 |
| 176 | Hk Balloons | Copyright | $5,000 |
| 178 | HYNCOO | Copyright | $5,000 |
| 189 | Linda's Boutique | Copyright | $5,000 |
| 192 | LoneRise | Copyright | $5,000 |
| 193 | Maruti Enterprise | Copyright | $5,000 |
| 194 | mei zhou shi jin jie | Copyright | $5,000 |
| 200 | Qingfang | Copyright | $5,000 |
| 203 | Qnybnu | Copyright | $5,000 |
| 205 | Rilyn Jewels | Copyright | $5,000 |
| 206 | RK ENGINEERS | Copyright | $5,000 |

| Doe No. | Seller Alias | Cause of Action | Default Damages Award |
|---|---|---|---|
| 208 | Sepela | Copyright | $5,000 |
| 210 | Shenzhen Paddington Supplier Chain Co.,Ltd. | Copyright | $5,000 |
| 212 | shudie | Copyright | $5,000 |
| 218 | TIDIXI | Copyright | $5,000 |
| 219 | tongyashop | Copyright | $5,000 |
| 220 | tssuoun | Copyright | $5,000 |
| 221 | Volkswagen Co.Ltd | Copyright | $5,000 |
| 224 | XianYouJiFanXi | Copyright | $5,000 |
| 226 | xiyaomaoyi | Copyright | $5,000 |
| 228 | Xoyicua | Copyright | $5,000 |
| 230 | XUJANL | Copyright | $5,000 |
| 232 | YAREE | Copyright | $5,000 |
| 235 | yingfeng | Copyright | $5,000 |
| 240 | Yuqiparty | Copyright | $5,000 |
| 241 | Zegmnk | Copyright | $5,000 |
| 248 | Amethyst Geode | Copyright | $5,000 |
| 249 | Audre | Copyright | $5,000 |
| 250 | Bikibiha party | Copyright | $5,000 |
| 251 | BloomyBalloon | Copyright | $5,000 |
| 252 | circles | Copyright | $5,000 |
| 254 | Decoration Shops | Copyright | $5,000 |
| 255 | Fashion Party one | Copyright | $5,000 |
| 260 | HONGCHAPAI | Copyright | $5,000 |
| 263 | Jed Party | Copyright | $5,000 |
| 264 | jingjing party | Copyright | $5,000 |
| 265 | KISUGBT | Copyright | $5,000 |
| 266 | linzhengjinjinj | Copyright | $5,000 |
| 267 | panshengfeng | Copyright | $5,000 |
| 268 | Romantic Globo | Copyright | $5,000 |
| 269 | RX Party Decors | Copyright | $5,000 |
| 270 | SCK BALLOONS | Copyright | $5,000 |
| 271 | SHANGKANGKK | Copyright | $5,000 |
| 272 | TEEOLOGY | Copyright | $5,000 |
| 274 | Tt Magic Mart | Copyright | $5,000 |
| 276 | XIEXIEAB | Copyright | $5,000 |
| 278 | YUOHJ | Copyright | $5,000 |

| Doe No. | Seller Alias | Cause of Action | Default Damages Award |
|---|---|---|---|
| 279 | YUUISMILE DANCE | Copyright | $5,000 |
| 280 | Anna Shop | Copyright | $5,000 |
| 281 | Chic Finds Designs | Copyright | $5,000 |
| 283 | HomeNestie | Copyright | $5,000 |
| 284 | mantianfeiyuwju-shop | Copyright | $5,000 |
| 286 | qiuxiashop | Copyright | $5,000 |
| 287 | SimpleStuff Living | Copyright | $5,000 |
| 288 | Stronghold Tools Pro | Copyright | $5,000 |
| 289 | TUMING66 SHOP | Copyright | $5,000 |
| 290 | VastPartyDream | Copyright | $5,000 |
| 291 | Wenai-shop | Copyright | $5,000 |
| 292 | WWELL524Ds | Copyright | $5,000 |
| 293 | XACYSHJ | Copyright | $5,000 |
| 294 | zhuweiliang-shop | Copyright | $5,000 |